UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Jennifer Haken-Lafty | : | Case No.: 20-12124-mdc |
| Debtor | : | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE

AND NOW, this __3rd__ day of __November__, 2020 upon consideration of the Motion of Felicia Neal to Determine Value of Vehicle, it is hereby:

ORDERED and DECREED that the Order is granted and that the Debtor's 2009 Land Rover Range Rover HSE Sport Utility 4D VIN: SALSK25449A196230 has a value of: **$7,619.00 (including all interest)**

FURTHER ORDERED:

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge