IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-12124** |
| **Jennifer Haken-Lafty** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | Related Document # 63, 66, 67 |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Jennifer Haken-Lafty** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this  8th  day of    March     2023, upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 3234 Fuller Street, Philadelphia, PA 19136 and more particularly described in the Mortgage, recorded October 28, 2015, at Instrument Number 52982628.

BY THE COURT

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Brad J. Sadek, Attorney for Debtor, Sadek and Cooper, 1500 JFK Boulevard, Ste 220, Philadelphia, PA  19102, brad@sadeklaw.com (notified by ecf)

20-011567_SCS2

Jennifer Haken-Lafty, Debtor, 3234 Fuller Street, Philadelphia, PA  19136 (notified by regular US Mail)

20-011567_SCS2